IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:19cr127-MHT
                            )            (WO)
ULYSSES OLIVER, JR.         )
```

## ORDER

Based on the representations made on the record on August 17, 2021, it is ORDERED that:

(1) Sentencing is reset for September 30, 2021, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.  The continuance will allow the opportunity for defendant Ulysses Oliver, Jr., to undergo a psychological evaluation.

(2) The evaluation report should explain the bases for his mental-health diagnoses; describe adverse childhood events, if any, and assess their effect on his mental health; and assess the effects of his working conditions at Elmore Correctional Facility, if any, on his mental health.

(3) By September 16, 2021, the defendant shall file a supplemental brief addressing the issues discussed on the August 17, 2021, call, including the results of defendant Oliver's psychological evaluation, and the significance of his testimony in *United States v. Burks*, 2:19-cr-344-MHT.  The government may, if it wants to, file a response by September 23, 2021. Counsel may file a motion for extension of time if more time is needed for the evaluation.

(4) By September 16, 2021, the government shall file a transcript of defendant Oliver's testimony in *United States v. Burks*, 2:19-cr-344-MHT, as part of the record in this case.

DONE, this the 20th day of August, 2021.

                                         /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**